# THE LAKESIDE COLLECTION®
Serving America's shoppers for more than a decade

Hello, Sign In   New Customer? Register
My Account  My Favorites  Order Status  Help

Items: 0

**View Cart or Checkout**

Search item# or keyword    Go

Shop Catalogs   For the Home   Apparel + Beauty   Garden   Housewares + Dining   Toys + Sports   Bed + Bath   More Departments   Sale

Towels   Curtains + Window Coverings   Bedding Basics   Comforters + Quilts   Bath

**Shop Catalogs**
View Current Catalogs

**Shop Our Entire Site**
For the Home
Apparel + Beauty
Garden
Housewares + Dining
Toys + Sports
**Bed + Bath**
  Towels
  Curtains + Window Coverings
  Bedding Basics
  Comforters + Quilts
  Bath
Books + Media
Gifts
Pets
Purses + Travel Bags
Electronics
Storage
Stationery + Crafts
Home Improvement
Baby
Holiday
Sale

Lakeside Home

## Double Shower Curtain Roller Hooks
**Our Price $4.95** per set
compare at: ~~$9.99~~ SAVE 50%

Item#: 400183018         $4.95 per set   Qty: 1
*In stock*

**Add To Cart**

AAA

Keep your shower curtain and liner cleaner longer with Double Shower Curtain Roller Hooks. They are made to create a space between liner and curtain to fight buildup of mildew. They also make hanging and removing them easier. The chrome finish roller hooks let the curtain and liner glide smoothly across the rod. Set includes 12. 3" x 2", each.

- The perfect hooks for your shower!
- Keep the curtain and liner separated
- Details:
  - Set of 12
  - Metal
  - 3" x 2", each

Tell A Friend

More Views:



### More Items To Consider


Anti-Mildew Shower Curtain Liners
$5.95

In the Woods Bath Ensemble
$6.95


Kids' Animal Bath Slipper Sets
$5.35


Lodge Bath Collection
$6.95

My Browsing History   Turn It Off



Our Price $4.95 per set
compare at: $9.99
Double Shower Curtain Roller Hooks

"The Lakeside Collection® has proudly served America's shoppers for more than a decade, offering exceptional products at the best prices. We are a trusted source, committed to customer service and satisfaction. And with our incredible low prices and great selection, we really do show that the best things in life don't have to cost a fortune." *Your friends at The Lakeside Collection®*



**Sign-Up for Exclusive** Offers and Previews
Enter Your Email Here      Sign Up

Get the latest updates, special deals and first-look savings when you sign up now for emails! We will never sell your email address.
To learn more read our **Privacy Policy**.

**Our Guarantee!** If you are not completely satisfied with all or part of your order, simply return it to us for replacement, or we will refund or credit your invoice for the purchase price of your merchandise.

| Need Assistance | About Us | Shop and More | | | |
|---|---|---|---|---|---|
| Customer Service | About Lakeside | Apparel + Beauty | Books + Media | Electronics | Quick Order Form |
| Our Guarantee | Recall | Bed + Bath | Housewares + Dining | Purses + Travel Bags | Free Catalog Request |
| Shipping | Product Safety | For The Home | Toys + Sports | Stationery + Crafts | Affiliate Program |
| Returns | Career Center | Home Improvement | Baby | Storage | Blog |
| FAQs | Environmental | Garden | Gifts | Pets | |
| Home | Transparency in Supply Chains | | | | |
| | School Fundraising | | | | |

© 1998 - 2013. The Lakeside Collection. All Rights Reserved. Terms & Conditions   Privacy